**FILED**

12/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0599

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 24-0599

FLOYD THOMAS WING,

      Petitioner,

  v.

JIM SALMONSEN, WARDEN,
MONTANA STATE PRISON,

      Respondent.

## ORDER

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor, Respondent is granted an extension of time to and including January 23, 2025, within which to prepare, serve, and file its response brief.

**MP**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 17 2024